**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 423 MAL 2023

          Respondent

        : Petition for Allowance of Appeal
        : from the Order of the Superior Court

          v.

ERIC EUGENE SMALL,

          Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.